No. 475. HAROLD CROWLEY, APPELLANT, *v.* UNITED STATES. Appeal from the District Court of the United States for the District of Porto Rico. October 20, 1902. Docketed and dis-

missed, on motion of *Mr. Assistant Attorney General Hoyt* for the appellee. No one opposing.